| Product | Patent Number | File Date | Issue Date | Expiration |
|---|---|---|---|---|
| ULTRA DOWNY | 4,767,547 | 3/26/87 | 8/30/88 | 4/28/04* |
| ULTRA DOWNY | 4,981,239 | 1/3/89 | 1/1/91 | 1/3/09 |
| FIXODENT | 5,073,604 | 3/5/90 | 12/17/91 | 3/5/10 |
| ALWAYS MAXI | 4,950,264 | 1/4/89 | 8/21/90 | 1/4/09 |
| PUFFS | 5,059,282 | 2/21/90 | 10/22/91 | 2/21/10 |
| PUFFS | 5,073,235 | 4/12/90 | 12/17/91 | 10/22/08** |

*P&G disclaimed the portion of the term of the '547 Patent subsequent to April 28, 2004
**P&G disclaimed the portion of the term of the '235 Patent subsequent to October 22, 2008

**United States *ex rel*. Alchemy Asset Services v. Proctor and Gamble Company**

**Exhibit A**